UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| GOBIND G.,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN C. DEAN, SHERIFF, LAWRENCE COUNTY JAIL, OFFICIAL CAPACITY; DAVID EASTERWOOD, ACTING DIRECTOR, ST. PAUL FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, OFFICIAL CAPACITY; MARKWAYNE MULLIN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, OFFICIAL CAPACITY; TODD BLANCHE, ACTING ATTORNEY GENERAL OF THE UNITED STATES, OFFICIAL CAPACITY; AND UNITED STATES OF AMERICA,<br><br>Defendants. | 5:26-CV-05094-RAL<br><br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER |

On July 25, 2026, Petitioner Gobind filed a Verified Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 seeking immediate release or a custody hearing and making claims of due process violations because of his ongoing detention. Doc. 1. This Court entered a temporary restraining order enjoining Respondents from moving Petitioner Gobind G. outside South Dakota until further order of this Court, so that there is no risk that removal of Petitioner from South Dakota will deprive this Court of jurisdiction over the petition. Doc. 3. Federal Rule of Civil Procedure 65(b)(2) allows courts to extend a temporary restraining order for good cause

or when the adverse party consents to a continuation of the order.  Fed. R. Civ. P. 65(b)(2). Because the issues before this Court are not fully briefed and this Court has yet to issue a decision, to continue to ensure there is no risk that removal of Petitioner from South Dakota will deprive this Court of jurisdiction over the petition, for good cause, it is

ORDERED that this Court's Temporary Restraining Order, Doc. 3, is extended until 9am on August 25, 2026.

DATED at 9am this 11th day of August, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE